# EXHIBIT B

April 17, 2020

Re:   Loan Number            135
      Collateral Address

Dear Borrower(s),

As of the date of this letter we have not received your payment on the above referenced loan, due April 1, 2020 in the amount of $1,906.76, making your loan past due.  Consequently, a late charge in the amount of $48.68 has been assessed to your account.  This late payment may be due to an oversight or circumstances that may have caused you to fall behind.  Our staff is here to assist you.  Please contact our office so that we may set up payment arrangements to bring your account current.

If you are experiencing financial difficulties, it is important to call and speak with a representative to explore what options may be available to you.

You may access your loan information at your convenience, 24 hours a day, 7 days a week!  Simply log on to our website at www.freedommortgage.com or call our automated phone system at (855)-690-5900.  Customer Care representatives are available to assist you Monday through Friday from 8:00am - 10:00pm and Saturday from 9:00am - 6:00pm Eastern Time.

Sincerely,

Customer Care Department
Freedom Mortgage Corporation