# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**WILLIAM LAMONTAGNE,**

      Plaintiff,

v.                    Case No.: 8:20-cv-02284-VMC-AEP

**FREEDOM MORTGAGE CORPORATION,**

      Defendant.
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation video conference was held on February 17, 2021. Plaintiff and trial counsel, and Defendant's corporate representative and trial counsel attended and participated in good faith.

The case has been completely settled.

Done February 18, 2021, in Tampa, Florida.

                    Respectfully submitted,

                    /s/ *Gregory P. Holder*
                    Gregory P. Holder, Esq.
                    Florida Bar No. 339326
                    601 W Horatio St.
                    Tampa, Florida 33606
                    (813) 773-5106    Fax: (727)498-8902
                    email: greg@zinoberdiana.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that February 18, 2021 I electronically filed the foregoing document with the United States District Court Electronic Case Filing System, which will electronically send copies to counsel of record.

                    /s/ *Gregory P. Holder*
                    Gregory P. Holder, Esq.