## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

WILLIAM LAMONTAGNE,

    Plaintiff,

v.                                  Case No: 8:20-cv-2284-T-33TGW

FREEDOM MORTGAGE
CORPORATION,

    Defendant.

_____/

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL AGAINST DEFENDANT WITH PREJUDICE

**COME NOW**, Plaintiff, **WILLIAM LAMONTAGNE** and Defendant(s), **FREEDOM MORTGAGE CORPORATION** ("Defendant"), by and through the undersigned counsel, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and agree that Plaintiff's claims against Defendant should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**[SIGNATURE BLOCKS ON FOLLOWING PAGE]**

Respectfully submitted this **May 14, 2021**,

*/s/ Kaelyn Diamond*
Kaelyn Diamond, Esq.
Ziegler Diamond Law: Debt Fighters
Florida Bar No. 125132
kaelyn@attorneydebtfighters.com
service@attorneydebtfighters.com
2561 Nursery Road, Suite A
Clearwater, FL 33764
(p) (727) 538-4188
(f) (727) 362-4778
*Counsel for Plaintiff*

*/s/ Matthew B. Criscuolo*
Matthew B. Criscuolo, Esq.
Cozen O'connor
Florida Bar # 58441
mcriscuolo@cozen.com
One North Clematis Street, Suite 510
West Palm Beach, FL 33131
(P)  (561) 515-5250
(F)  (561)515-5230
*Counsel for Defendant*

*/s/Michael W. McTigue Jr*
Michael W. McTigue Jr., Esq.
Bar No. 69548
MMcTigue@cozen.com
One Liberty Place 1650 Market Street,
Suite 2800
Philadelphia, Pennsylvania 19103
(p) (215) 665-2000
(f)  (215) 665-2013
*(Pro Hac Vice) Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **14** day of **May, 2021**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kaelyn Diamond*
Kaelyn Diamond, Esq.
Florida Bar No. 125132